THE STATE EX REL. LIBECAP, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Libecap v. Indus. Comm.* (1998), 83 Ohio St.3d 178.]

(No. 96–2352—Submitted July 8, 1998—Decided September 23, 1998.)

*Hochman & Roach Co., L.P.A.,* and *Gary D. Plunkett,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for appellants.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents.

COOK and LUNDBERG STRATTON, JJ., dissent.

**LUNDBERG STRATTON, J., dissenting.** I would reverse the judgment of the court of appeals.

COOK, J., concurs in the foregoing dissenting opinion.